# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**758**

**CA 13-02103**

PRESENT: SMITH, J.P., CENTRA, CARNI, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF GARY S. ROSIMINI, PATRICIA M.
ROSIMINI, MORGAN CADY AND PETER GROCHOLSKI,
PETITIONERS-APPELLANTS,

V                                                    ORDER

TOWN OF WESTERN, MARY J. CENTRO, TOWN OF
WESTERN CLERK, THOMAS STEVENS, INDIVIDUALLY AND
AS TOWN OF WESTERN HIGHWAY SUPERINTENDENT,
LAWRENCE MIEREK, TOWN OF WESTERN COUNCILPERSON,
LEONARD CHARNEY, TOWN OF WESTERN COUNCILPERSON,
EDWARD MADER, TOWN OF WESTERN COUNCILPERSON,
VERONICA MURPHY, TOWN OF WESTERN COUNCILPERSON,
AND ROBIN DAVIS, TOWN OF WESTERN SUPERVISOR,
RESPONDENTS-RESPONDENTS.

---

BOND, SCHOENECK & KING, PLLC, UTICA (RAYMOND A. MEIER OF COUNSEL), FOR
PETITIONERS-APPELLANTS.

CHARLES W. ENGELBRECHT, ROME, FOR RESPONDENTS-RESPONDENTS.

---

Appeal from a judgment (denominated order) of the Supreme Court,
Oneida County (David A. Murad, J.), dated March 11, 2013 in a
proceeding pursuant to CPLR article 78.  The judgment dismissed the
petition.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  June 13, 2014                    Frances E. Cafarell
                                           Clerk of the Court